IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RICE KENDALL as Trustee for The Thomas E. Proctor Heirs Trust, *et al.*, <br><br> Plaintiffs, <br><br> *vs.* <br><br> LANCASTER EXPLORATION & DEVELOPMENT COMPANY, LLC <br><br> Defendant. | No. 17-1117 <br><br> [Filed Electronically] <br><br> Judge Brann |

**RULE 7.1 DISCLOSURE OF THE CHIEF INTERVENORS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Chief Oil & Gas, LLC; Chief Exploration and Development, LLC ("Chief"); Radler 2000 L.P. ("Radler"); Tug Hill Marcellus, LLC ("Tug Hill"); and Enerplus Resources (USA) Corporation ("Enerplus") (collectively, the "Chief Intervenors") make the following disclosure:

<u>Chief Exploration and Development LLC</u>.  Chief Exploration and Development, LLC is the parent of Chief Oil & Gas, LLC. No publicly held corporation holds 10 per cent or more of the stock of either entity.

<u>Radler 2000 L.P</u>. Radler 2000 L.P. has no corporate parent and no publicly held corporation holds more than 10 per cent of the stock of Radler.

Tug Hill Marcellus, LLC. Tug Hill Marcellus has no corporate parent and no publicly held corporation holds more than 10 per cent of the stock of Tug Hill.

Enerplus Resources (USA) Corporation. Enerplus Resources (USA) Corp. is wholly owned by Enerplus Corporation, a publicly held Corporation.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **COZEN O'CONNOR** |
| Date: July 20, 2017 | /s George A. Bibikos |
|  | George A. Bibikos (PA 91249) |
|  | 17 N. Second St., Suite 1410 |
|  | Harrisburg, PA 17101 |
|  | (717) 703-5907 (t) |
|  | (215) 701-2256 (f) |
|  | gbibikos@cozen.com |
|  | *Counsel to Chief Oil and Gas, LLC; Chief Exploration and Development, LLC; Radler 2000 L.P.; Tug Hill Marcellus, LLC; and Enerplus Resources (USA) Corporation* |

## **CERTIFICATE OF SERVICE**

    I certify that, on July 20, 2017, I electronically filed the attached by ECF such that it will be served automatically on counsel.

                                                    /s George A. Bibikos  
                                                    George A. Bibikos