IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RICE KENDALL *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LANCASTER EXPLORATION & DEVELOPMENT COMPANY, LLC, <br><br> Defendant. | Civil Action No. 17-cv-01117 <br><br> Hon. Matthew W. Brann <br> United States District Judge |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Intervenors SWN Production Company, LLC, Chief Oil & Gas, LLC, Chief Exploration and Development LLC, Radler 2000 L.P., Tug Hill Marcellus, LLC, and Enerplus Resources (USA) Corporation are dismissed from this action, with each party to bear its own costs.

Dated:  February 25, 2020

Respectfully submitted,

/s/ *Paul K. Stockman*
Paul K. Stockman
KAZMAREK MOWREY CLOUD LASETER LLP
One PPG Place, Suite 3100
Pittsburgh, PA 15222
(404) 333-0752
pstockman@kmcllaw.com

Laura A. Lange
1670 Sturbridge Drive
Sewickley, PA 15143
(847) 800-8334
lange@proctortrust.com

*Counsel for Plaintiffs*

/s/ *Kevin J. McKeon*/by pks with permission
Kevin J. McKeon, Esquire
HAWKE, MCKEON & SNISCAK, LLP
100 N. 10th Street
Harrisburg, PA 17101
kjmckeon@hmslegal.com
(717) 236-1300

*Counsel for defendant Lancaster Exploration & Development Company, LLC*

/s/ *Jeremy A. Mercer*/by pks with permission
Jeremy A. Mercer, Esquire
PORTER WRIGHT MORRIS & ARTHUR LLP
6 PPG Place, Third Floor
Pittsburgh, PA 15222
412-235-4500
jmercer@porterwright.com

*Counsel for SWN Production Company, LLC*

/s/ *George A. Bibikos*/by pks with permission
George A. Bibikos, Esquire
GA BIBIKOS LLC
5901 Jonestown Road #63300
Harrisburg, PA 17112
(717) 580-5305
gbibikos@gabibikos.com

*Counsel for Chief Oil & Gas, LLC, Chief Exploration and Development LLC, Radler 2000 L.P., Tug Hill Marcellus, LLC, and Enerplus Resources (USA) Corporation*