# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES RICE KENDALL, *et al.*, | No. 4:17-CV-01117 |
| Plaintiffs. | (Judge Brann) |
| v. | |
| LANCASTER EXPLORATION & DEVELOPMENT COMPANY, LLC, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 16th day of March 2020, in light of the Stipulation of Dismissal filed on February 25, 2020, ECF No. 103, **IT IS HEREBY ORDERED** that Intervenors SWN Production Company, LLC, Chief Oil & Gas, LLC, Chief Exploration and Development LLC, Radler 2000 L.P., Tug Hill Marcellus, LLC, and Enerplus Resources (USA) Corporation are dismissed from this action, with each party to bear its own costs.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge